# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1183**                                           **September Term, 2025**

EPA-90FR29751

Filed On: September 8, 2025 [2133882]

Coalition for Renewable Natural Gas,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1184

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 25-1184 is directed to file the following documents by the indicated date:

| | |
|---|---|
| Docketing Statement Form | October 8, 2025 |
| Statement of Issues to be Raised | October 8, 2025 |

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

BY:   /s/
        Elbert B.J. Lestrade
        Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form