ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR RENEWABLE NATURAL GAS,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 25-1183 and consolidated cases |

## UNOPPOSED MOTION FOR A STAY OF INITIAL FILING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of initial filing deadlines in the above-captioned case due to the lapse in appropriations. Undersigned counsel has conferred with counsel for Petitioners. Petitioners do not oppose this motion.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and thosse appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Additionally, undersigned counsel has a pre-planned pre-paid vacation from October 11 through October 21.

4. Undersigned counsel therefore requests a stay of procedural motions, dispositive motions, and the filing of the administrative record until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, procedural motion, dispositive motion, and administrative record filing deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, plus additional time (if necessary) to move Respondents' deadlines past undersigned counsel's vacation – i.e., procedural motions would be the later of October 31, 2025 or a day-for-day extension for the duration of the lapse in appropriations; and the deadline for dispositive motions and the filing of the administrative record would be due the later of November 14, 2025, or a day-for-day extension for the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case as outlined above until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025.

                                    Respectfully submitted,

                                    ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT STANDAR
*Deputy Assistant Attorney General*

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL
*Attorneys*

Of Counsel:                    U.S. Department of Justice
Env't & Natural Resources Div.

HEIDI NALVEN            P.O. Box 7611
*Attorney*                          Washington, DC 20044
U.S. ENVIRONMENTAL    (202) 514-2285 (Kimball)
PROTECTION AGENCY      Kimere.Kimball@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 357 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Kimere J. Kimball*
KIMERE J. KIMBALL

Counsel for Respondents