IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COALITION FOR RENEWABLE NATURAL GAS,<br><br>                  Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                  Respondent. | Case No. 25-1183 (consolidated with No. 25-1184) |

**NONBINDING STATEMENT OF ISSUES**

As directed by the Clerk's Order of September 5, 2025, Petitioner Coalition for Renewable Natural Gas (RNG COALITION) submits the following nonbinding statement of issues to be raised in the above-captioned case:

(1) Whether EPA's partial waiver of the 2024 cellulosic biofuel volume requirement, finalized as part of the Final Rule titled, "Renewable Fuel Standard (RFS) Program: Partial Waiver of the 2024 Cellulosic Biofuel Volume Requirement," published at 90 Fed. Reg. 29,751 (July 7, 2025), is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, or is arbitrary,

capricious, an abuse of discretion, or otherwise not in accordance with law.

(2) Whether EPA acted in excess of statutory authority or arbitrarily or capriciously in using the cellulosic biofuel waiver authority to partially waive the 2024 cellulosic biofuel volume requirement retroactively, after the statutory deadline had passed.

(3) Whether EPA acted in excess of statutory authority or arbitrarily or capriciously in using the cellulosic biofuel waiver authority to partially waive the 2024 cellulosic biofuel volume requirement based on the volumes of cellulosic biofuel "available" for compliance, rather than the volumes "produced."

(4) Whether EPA acted without observance of procedure required by law in failing to sufficiently comply with the notice and comment procedures of the Clean Air Act in exercising its cellulosic biofuel waiver authority.

RNG COALITION reserves the right to modify the issues addressed.

Dated: October 6, 2025                    Respectfully submitted,

/s/ *Jonathan Y. Ellis*
Jonathan Y. Ellis
Grace Greene Simmons
MCGUIREWOODS LLP
888 16th St. N.W.
Suite 500
Washington, D.C. 20006
(202) 828-2887
*jellis@mcguirewoods.com*
*gsimmons@mcguirewoods.com*

Sandra P. Franco
FRANCO ENVIRONMENTAL LAW, LLC
600 Pennsylvania Avenue, SE
Unit 15577
Washington, DC 20003
(202) 256-6115
*sandra@francoenvironmentallaw.com*

*Counsel for Coalition for Renewable Natural Gas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2025, I caused the foregoing to be electronically filed with the Clerk of the U.S. Court of Appeals for the D.C. Circuit by using the Court's appellate CM/ECF system and that service will be accomplished by the appellate CM/ECF system.

Dated: October 6, 2025				*/s/ Jonathan Y. Ellis*
						Jonathan Y. Ellis