# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1183**　　　　　　　　　　　　　　　　　**September Term, 2025**

**EPA-90FR29751**

**Filed On: October 16, 2025** [2140668]

Coalition for Renewable Natural Gas,

      Petitioner

  v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1184

## O R D E R

    Upon consideration of respondent's motion for a stay of deadlines in light of lapse of appropriations, it is

    **ORDERED** that the motion be granted and these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these consolidated cases within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                    BY:    /s/
                                Louis Karl Fisher
                                Deputy Clerk