IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

COALITION FOR RENEWABLE
NATURAL GAS,

                Petitioner,

       v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

                Respondent.

Case No. 25-1183
(consolidated with
No. 25-1184)

**JOINT MOTION TO GOVERN FURTHER PROCEEDINGS**

Pursuant to this Court's October 16, 2025 Order (Doc. #2140668), Coalition for Renewable Natural Gas (RNG COALITION), American Fuel & Petrochemical Manufacturers (AFPM), and the Environmental Protection Agency (EPA) submit this joint motion to govern further proceedings. These consolidated cases were held in abeyance pending Congress's restoration of appropriations to the Department of Justice with motions to govern further proceedings due 10 days from the date that appropriations were restored. Appropriations were restored on November 12, and this motion is submitted on November 24. *See* Fed. R. App. P. 26(a)(1)(C).

Initial filings have been submitted by both Petitioners in these consolidated cases. The RNG COALITION and AFPM have pending motions to intervene in Case Nos. 25-1184 and 25-1183, respectively. Those motions are unopposed. The parties propose to forgo any other procedural or dispositive motions and to proceed as follows.

The parties propose the following schedule:

> The certified index is due on **December 15, 2025.**
> Petitioners' opening briefs are due on **February 17, 2026.**
> Respondent's consolidated response brief is due **April 17, 2026.**
> Intervenors' response briefs, if allowed, are due **May 1, 2026.**
> Reply briefs are due on **May 22, 2026.**
> The joint appendix to the record is due on **June 3, 2026.**
> The final briefs are due on **June 10, 2026.**

The parties also propose the following briefing format. RNG COALITION represents the renewable natural gas industry that produces fuel to meet the cellulosic biofuel volume requirement at issue in this case. AFPM represents obligated parties that must meet those volume requirements. As noted above, each has moved to intervene in support of EPA with respect to the other's challenges to the agency action at issue in this case. Their interests are not aligned, and separate briefs are warranted. In light of the different issues to be presented by each Petitioner and the disparate

2

interests represented in this case, the parties further propose the following word limits for briefing:

> Petitioners' opening briefs each must not exceed **11,000 words**.
>
> Respondent's consolidated response brief must not exceed **22,000 words**.
>
> Intervenors' response briefs, if allowed, each must not exceed **7,700 words**.
>
> Petitioners' reply briefs each must not exceed **5,500 words**.

The proposed word counts are consistent with the amount of words that this Court has allowed in other cases involving the Renewable Fuel Standard program, and the parties agree these word limits are warranted to address the issues that the parties intend to raise in this case.

The parties respectfully request that the Court enter this proposed schedule and briefing format.

Dated: November 24, 2025

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

*/s/ Kimere J. Kimball*
Kimere J. Kimball
*Trial Attorney*
U.S. DEPARTMENT OF JUSTICE
Env't & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044
(202) 598-7680
*kimere.kimball@usdoj.gov*

*Counsel for U.S. Environmental Protection Agency*

*/s/ Robert J. Meyers*
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2967
*rmeyers@crowell.com*
*edawson@crowell.com*

Richard S. Moskowitz
AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS

Respectfully submitted,

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis
Grace Greene Simmons
MCGUIREWOODS LLP
888 16th St. N.W.
Suite 500
Washington, D.C. 20006
(202) 828-2887
*jellis@mcguirewoods.com*
*gsimmons@mcguirewoods.com*

Sandra P. Franco
FRANCO ENVIRONMENTAL LAW, LLC
600 Pennsylvania Avenue, SE
Unit 15577
Washington, DC 20003
(202) 256-6115
*sandra@francoenvironmentallaw.com*

*Counsel for Coalition for Renewable Natural Gas*

1800 M Street, NW Suite 900
North Washington, DC 20036
(202) 844-5474
*rmoskowitz@afpm.org*

*Counsel for American Fuel & Petrochemical Manufacturers*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 418 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point CenturyExpd BT font.

Dated: November 24, 2025        */s/ Jonathan Y. Ellis*
                                Jonathan Y. Ellis

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2025, I caused the foregoing to be electronically filed with the Clerk of the U.S. Court of Appeals for the D.C. Circuit by using the Court's appellate CM/ECF system and that service will be accomplished by the appellate CM/ECF system.

Dated: November 24, 2025        */s/ Jonathan Y. Ellis*
                                Jonathan Y. Ellis